UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

C. SHEKINAH AFRICA
Plaintiff/Petitioner(Pro-Se)

v.

SHERRY ELLIOT, DEPUTY SUPT. OF REENTRY,
ELIZABETH CURTO, DIRECTOR OF TREATMENT,
STEVEN A. SILVA, SUPERINTENDENT,
CAROL A. MICI, COMMISSIONER OF CORRECTION,
VANESSA RATTIGAN, HEALTH SERVICE ADMINISTRATOR
& MASSACHUSETTS DEPT. OF CORRECTION, ET.AL.
Defendant(s)(personal and/or official...)

* * * * VERIFIED COMPLAINT * * * *

## Introduction

This is an action for declatory-judgment pursuant to 28 U.S.C. §§ 2201-02, equitable-relief pursuant 18 U.S.C. § 3626(a)(2) and for damages pursuant to 42 U.S.C.§§ 1983-1986; also claims for violations and/or abridgments of the American with Disabilities Act, [ADA Amendment Act of 2008] 42 U.S.C.§§ 12101-2, 12131(2); and alleges cause of action, relating to the Equal Protection and Due Process clauses of the Constitution.

Petitioner, C. Shekinah Africa is a transsexual that is incarcerated at the Massachusetts Correction Institution located in Norfolk ("MCI-Norfolk"). She is challenged with a serious medical condition and diagnosis known as Gender Dysphoria/Gender Identity Disorder ("GD"/"GID"), which also causes her to suffer, whereas this rare condition often impairs Ms. Africa's ability to function, with respect to her major bodily functions . MCI-Norfolk has denied Ms. Africa access to specific activities, services, programs and emplyment, as a "public entity" held accountable by the ADA, especially given the overview of Title-II regulations.

Jurisdiction

This Court has jurisdiction over this matter and the factual averments herein, pursuant to 28 U.S.C.,§ 1331; for, it comes under the United States Constitution and federal laws.

2.) This court has subject-matter jurisdiction pursuant to 28 U.S.C.,§ 1343(3), for this case is being brought to seek redress for the deprivation of rights, privileges and immunities secured, by an Act of Congress (in violation of civil-rights §§ 1983-86) thus denying equal protection and equal rights.

3.) The Court has capacity to remedy damages pursuant to 42 U.S.C.§§ 1997(e) and 1988 (Revised Statutes of the United States).

4.) This Court is authorized to order injunctive re-= relief, pursuant 28 U.S.C.,§§ 2283 and 2284, as well as Fed. R.Civ.P.65 and M.G.L.249, § 4.

5.) This Court has jurisdiction to handle supplemental-jurisdiction claims, pursuant 28 U.S.C.,§ 1367 (where they relate to the Commonwealth of Massachusetts laws.

6.) This Court has jurisdiction to grant relief, in relation to the defendant(s) as applicable,(compensatorily) pusuant 28 U.S.C., § 41(1).

7.) This Court is properly situated as a venue, for the Eastern District (1st Cir.), pursuant 28 U.S.C., § 1391(b), as all defendants reside here.

## PARTIES

Plaintiff

8.) Ms. C. Shekinah Africa is the Plaintiff in this action; she currently resides at MCI-Norfolk. She is a citizen of the United States, and is at all times an inmate that is serving a natural life sentence. Hereinafter "Shekinah" or "Ms. Africa", whereas she prefers the legal pronouns and titles consistent with her gender-identity.

## PARTIES

9.) Sherry Elliot was the Deputy Superintendent of Reentry, at MCI-Norfolk, and is at all times relevant to this lawsuit. Ms. Elliot's responsibilities entail all issues involving : disability, prison rape elimination, treatment, programs, classification, housing, as well as business that involves healthcare vendors (contracted to provide services for department inmates). Ms. Elliot's actions and omissions were undertaken in the regular course of her employment for the Massachusetts Department of Correction ("MA-DOC"). She is being sued in her individual capacity. Her mailing address is: MCI-Norfolk 2 Clark Street P.O. Box 43 Norfolk, MA 02056-0043.

10.) Elizabeth Curto was the Director of Treatment, at MCI-Norfolk, and is at all times relevant to this action. Ms. Curto's actions and omissions were undertaken, in the regular course of her employment for the MA-DOC. She is being sued in her individual capacity. Her mailing address is:

11.) Steven A. Silva was the Superintendent at MCI-Norfolk, and is at all times relevant to this action. Mr. Silva's actions and omissions were undertaken, in the regular course of his employment for the MA-DOC. He is being sued in his individual capacity. His mailing address is :

12.) Vanessa Rattigan was a private employee who was contracted, through Wellpath Healthservices (the vendor designated at the time to assist patients incarcerated within the MA-DOC) and served as Health Services Administrator ("H.S.A."). Registered Nurse Rattigan served in the capacity as quasi-judicial (Wellpath) Medical Grievance Coordinator; and, she is at all times relevant for her actions and omissions were taken, while she was involved with the regular

(3)

undertaken in the regular course of her employment for both Wellpath and the MA-DOC.  She is being sued in her individual capacity; her address is :


13.)    Carol A. Mici is the Commissioner of Correction and is at all times relevant to this action. Ms. Mici's actions and omissions  were 8ndertaken during the regular course of her employment for the MA-DOC and the Commonwealth of Massachusetts.  She is being sued in her personal capacity.  Her current address is: MA-DOC CENTRAL OFFICE  50 Maple Street  Suite 3  Milford  MA  01757-3698.

14.)    At all times relevant hereto and in all actions described herein, each defendant is and was acting under the Color of Law, State Authority, Statute, Custom, or Usage, and pursuant to their official authority.

### FACTUAL AVERMENTS

## FACTUAL AVERMENTS

1.) The plaintiff, Candace-Jabril Shekinah Africa ("C. Shekinah Africa") is a transsexual who has been medically diagnosed with Gender Dysphoria; she prefers legal pronouns and titles consistent with her gender-identity.

2.) C. Shekinah Africa shall be referred to by the following, throughout this legal-document: "Ms. Africa" "Shekinah" "Ms." "Sistawomyn" etcetera.

3.) Ms. Africa avers that it is well established amidst MA-DOC DEFENDANTS, about her currently being housed in a men's prison, although she is duly a true transsexual woman.

4.) Ms. Africa avers that the MCI-Norfolk facility is overseen, by the Commissioner of Correction and the MA-DOC is overseen by the Executive Secretary of Public Safety and Security (a cabinet of the Governor).

5.) Ms. Africa avers she has been housed at the MCI-Norfolk facility since on or around January 20, 2017.

6.) Ms. Africa avers that the Criminal Justice Reform Act (bill) was signed into law, by Governor Charles D. Baker on or around April 13, 2018.

7.) Ms. Africa avers that she is a prisoner of a correctional institution... that has a gender identity, as defined in Section 7 of chapter 4, that differs from [her] sex assigned at birth.

8.) Ms. Africa avers that Section 32A of chapter 127, of the Massachusetts General Laws was amended, and the new revisions became effective December 31, 2018 (emphasis supplied).

9.) Sistawomyn Shekinah avers that she sought the voluntary compliance of the defendants (in this lawsuit), to the law established by Governor Baker, while attempting to utilize the inmate informal and formal grievance process, which involved all the defendants.

(5)

## FACTUAL AVERMENTS

10.)    Sistawomyn Shekinah avers that she is a 55-years young, divorced mother and suffers from womblessness sorrow (and an unfulfilled motherhood mandate).

11.)    Sistawomyn Shekinah avers that to overcome her facial and body shame, she has for many years relied , on her Real Life Experience ("RLE") treatment, as per the MA-DOC's adopted Standards of Care ("SOCv7"), whereby her feminine-expression and beauty practices have proven to stabilize her both, emotionally and Behaviorally.

12.)    Sistawomyn Shekinah avers that the SOCv7 are comprised of certain cultural and/or ethnic guidelines set forth, by the World Association for Transgender and Gender Nonconforming Healthcare ("WPATH").

13.)    Sistawomyn Shekinah avers that her femininity and expression of religious modesty is well established, by her personal care clinician(s).

14.)    Sistawomyn Shekinah avers that she has sought to have a license for hair-salon, cosmetology, aesthetician services and personal care whereas this has been both a educational program and service at Massachusetts Correction Institution at Framingham ("MCI-Framingham") where women are housed.

## COMPLAINT
### (Causes of Action)

1.) 15.)

15.) COUNT ONE/ ADA Amendment Act Discrimination Failure To Acconodate

16.) COUNT TWO/ Equal Protection Clause Fourteenth Amendment of the U.S. Constitution

17.) COUNT THREE/ Massachusetts Constitution Part 1, Articles 1 & 7, et.al.

18.) COUNT FOUR/ Massachusetts Constitution Article 106

19.) COUNT FIVE/ Violation of Civil Rights

20.) COUNT SIX/ Conspiracy to Deprive Plaintiff of Their Civil Rights

21.) COUNT SEVEN/ Massachusetts Constitution Article 114

### PRAYERS FOR RELIEF

WHEREFORE, THE Plaintiff Prays that the Honorable Court Grants her the following:

A.) Declatory Reliewf

B.) Compensatory Relief

C.) Award any other Relief as deemed just and proper and/or equitable by the Court.

Dated: July 8, 2022

Respectfully Submitted,

By: *Candace-fabul Shekenah Africa*, Auth. Rep.
C. SHEKINAH AFRICA (her/she) #W63710
Box 43 Norfolk MA 02056-0043

FILED
IN CLERKS OFFICE

## CERTIFICATION OF MAILING
## AND PROCESS OF SERVICE

Plaintiff, C. Shekinah Africa, Pro-Se, do hereby declare and verify, under penalty and pains of perjury that these pleadings are true and accurate to the best of this petitioner's information, knowledge and belief; pursuant to 28 U.S.C., § 1746 ; and, as well, the above legal-action, pleadings and exhibits entitled: 1.) SUBMISSION OF VERIFIED COMPLAINT (7/8/2022) , 2.) VERIFIED COMPLAINT , 3.) MOTION TO PROCEED IN FORMA PAUPERIS PURSUANT 28 U.S.C.,§ 1915(a)(1), 4.) Federal Coversheet, 5.) Category Sheet, 6.) Notice of Lawsuit & Request For Waiver, 7.) Legal-Exhibits and Attachments; these have all been filed in a timely manner via the Prison Mailbox Rule this 8th day, the month of July , THE Year of Our Lord, 2022 ,C.E.  .

The plaintiff's signature below attests to the foregoing statements:

By: _Candace Gabriel Shekinah Africa_ ,Auth.Rep.
C.SHEKINAH AFRICA (her/she) Pro'Se
Box 43/ #W63710
Norfolk, MA            02056-0043