EX-B-1

## 28 U.S.C. § 1746
## § 1746. Unsworn declarations under penalty of perjury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).

(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).

## M.G.L. ch. 127 § 6
## § 6. Service of process in penal or reformatory institutions

Section 6. All process to be served within the precincts of any penal or reformatory institution shall be directed to and served by the superintendent, superintendent or keeper of each jail or house of correction thereof or his deputy.

# EXHIBIT A

# EXHIBIT B

COPY

*Ms. Candace-Jabril S. Africa*
(#W-63710)
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056-0043

March 25,2019

Shannon Sullivan
Deputy General Counsel
LGBTQI Commission
One Ashburton Place, Room 2133
Boston, MA 02108

Dear Ms. Sullivan:

As part of your work on the Commission to oversee the DOC's implementation of, and compliance with G.L. c. 127, § 32A, I write to share with you the negative response(s) I've encountered from various MCI-Norfolk Administrative Staff relative to my request for a "Cosmetology" course to be implemented at this institution for Transgender women such as myself to attend and become certified in.

As you can see by the enclosed documentation, I went through established Grievance procedure on this issue by first contacting DOC Legal, then submitting an Informal Complaint, and lastly, filing a formal Grievance on February 8,2019 - all to no avail.  Currently, Grievance #103431 has been extended to March 28,2019 for "Further review," and I expect it will be extended further and further.

I would respectfully point out Ms. Sullivan, that MCI-Norfolk has absolutely <u>no programming</u> available to Transgender women such as myself. By contrast, MCI-Norfolk does offer many male-specific programs, most notably and relevant to my issue, a barbering course/license program.

As to the merits of my Informal Complaint/Grievance, I would further point out that contrary to the Director of Program's finding that "Inmates do not have the right to specific rehabilitative programs," G.L. c. 127, § 32A specifically states that "A prisoner of a correctional institution...that has a gender identity...**shall be...(ii) provided with access to...programming...that is consistent with the prisoner's identity**." (emphasis added)

COPY

Shannon Sullivan, Esq.
March 25,2019
Page 2 of 2

    Given MCI-Norfolk's negative track record with denying Grievances,
and Administrators' and Staffs' distaste and dislike for Transgender
prisoners like me, I do not expect their compliance with G.L. c. 127,
§ 32A such as I am seeking absent lengthy court litigation which I will
sadly be forced to handle pro-se because I am without financial means
to hire a civil litigation attorney.

    I hope this information assists your work on the LGBTQI Commission
in some small way Ms. Sullivan, and I certainly appreciate your time
and attention in reading this correspondence.


                                    Respectfully yours,

                                    Candace-Jabril S. Africa


cc:  File
Enclosure

COPY

March 30, 2019

Ms. Candace S. Africa
W63710/ Box 43
Norfolk, MA  02056-0043

Ms. Sherry Elliot
Deputy, Programs, Reentry
  and PREA
Norfolk Penal Colony
2 Clark Street
Norfolk, MA  02056-0043



RE:  UNIFORMITY WITH LANDMARK  REFORM-LEGISLATION

WHERE LGBTIQA-INMATES ARE SEEKING MEANINGFUL

ACCESS TO GENDER-SPECIFIC EDUCATION & PROGRAMS

Dear Ms. Elliot:

Hello, and congratulations on your newly assigned post,
as thee executive-administrator responsible, for actually
working together with the designated Captain to ensure that
Governor Baker's new legislation is a political success.
(e.g., Mass.Gen.Law, Chpt.127, Sect.32A(ii)).

The primary motive with this writing, is to establish
a collective-rapport, amidst all the (alleged) responsible-
parties that may find a prominent role, with the subject-
matter captioned above.  And, in the instant, it is for
the education, hands-on training, programming, property and
adequate resources for Womens Cosmetology, Haircare, Nail-
care & Salon services access.

If feasible, may we sitdown and discuss specifics, at
this level?  Also, if "yes", may we involve Educational
Superintendent, Ms. Jamie Camacho, Cosmetology Instructor
Ms. Jacy Watson (MCI-Framingham), and any other Staff you
fell may be relevant to finding creative solutions???

Thanks, in advance, and I request that we promptly move
towards continuing, with making this facility a beacon for
rehabilitative & correctional enlightenment.  We are all the
responsible-parties, in these legislative endeavors.

Take care.

All Best,

Ms. C.S. Africa

cc:file
   Supt.
   Commsnr.
   Gov.
 Enclosures

Beauty / Insight

*Hijab-Friendly*

EXHIBIT

*COPY*



# When Beauty Is Your 9-to-5

Two million people, many of them women, work in the beauty industry—some in jobs you didn't even know existed. Career inspiration!

## The Hijab-Friendly Salon Owner

Most of Huda Quhshi's covered Muslim clients are wary of unisex salons, since women can't be seen without their hijabs by men outside their family. She can relate: While she was getting her hair cut once, a man walked into the salon and Quhshi scrambled to cover her head; she was then taken to a cramped back room to finish her cut. To spare clients that drama, she used to lug suitcases of tools across New York City to their homes for appointments, but in January, Quhshi, 37, found a better solution: She opened Le'Jemalik, the city's first woman-only salon catering to hijab-wearing clients, in the Bay Ridge section of Brooklyn. She offers typical salon services—bridal hair and makeup, waxing, facials—and specialties like henna and halal nails (breathable polish that can be worn while praying). And all women are welcome, regardless of faith. **Her make-women-comfortable M.O.:** "My shop has a separate lobby so men can come in to wait,

then two doors lead into the main salon. As soon as covered women walk in those doors, their scarves come off with no worries."

**Her message to the haters:** "People ask, 'Why do you style your hair if you're going to smoosh it under that hijab?' There's no difference in doing covered hair; I've done bright colors like purple and teal, and platinum. We do our hair to please ourselves."

**Her biggest business challenges:** "A bank teller wouldn't open a business account for me when she saw my scarf. I get through those moments with God. I'm a proud Yemeni Muslim woman, and I'm teaching my 13-year-old daughter that she can do anything."

**Her advice on salon access:** "I tell covered women to find a solely appointment-based salon for privacy to avoid unexpected situations like a man walking in. Always communicate your needs to a stylist; you deserve beauty too." —*Jessica Militare*

> "I've done bright colors like purple and teal, and platinum. There's no difference in doing covered hair."



June 15, 2018

# In First-of-its-kind Ruling, Federal Judge Sides with Transgender Woman Incarcerated in Men's Prison

**Exclusion of Transgender People from Protections of the Americans with Disabilities Act is Constitutionally Suspect**

Yesterday, the federal court for the District of Massachusetts ruled in favor of a transgender woman wrongly incarcerated in a men's prison, allowing her claim challenging mistreatment by the Department of Corrections (DOC) under the Americans With Disabilities Act (ADA) to move forward. In the first-of-its-kind ruling, the court found that interpreting the ADA to exclude transgender people would be unconstitutional.

The decision in *Doe v. DOC* reads in part: "The Court agrees with Doe that for present purposes the DOC has not met its burden of demonstrating that housing her and other similarly-situated transgender prisoners in facilities that correspond to their birth sex serves an important governmental interest."

The legislative history of the ADA reflects bias against transgender people and the statute's language improperly associates the underlying medical condition that transgender people can experience with socially unacceptable behaviors.

Yesterday's ruling discussed the constitutional problems with the exclusion of transgender people from the ADA:

"The pairing of gender identity disorders with conduct that is criminal or viewed by society as immoral or lewd raises a serious question as to the light in which the drafters of this exclusion viewed transgender persons…The Court is of the view that, to the extent that the statute may be read as excluding an entire category of people from its protections because of their gender status, such reading is best avoided. See Plessy v. Ferguson (Harlan, J., dissenting) (the Constitution, properly interpreted, "neither knows nor tolerates classes among citizens.").

"This is a tremendous victory. As the Court recognized, a major goal of the ADA is to ensure that people with stigmatized medical conditions do not suffer discrimination on that basis," said **Jennifer L. Levi, Transgender Rights Project Director for GLAD**. "Excluding transgender people from even being able to pursue ADA claims exacerbates stigma – and that's wrong.  The ruling both allows our client to proceed with her claim to be transferred to a women's prison, and it opens up an important source of federal protection to transgender people in many different contexts – including in employment and accessing public spaces."

"This ruling underscores that our prison system must discard antiquated notions and stereotypes about transgender people," said **Bennett Klein, GLAD Senior Staff Attorney**. "The Court emphasized that transgender people are entitled to be treated with dignity and respect and consistently with their prescribed medical treatment which in the case of our client, as the Court said, means being fully respected as a woman."

On February 28, 2018, Levi argued that Jane Doe, a transgender woman experiencing daily degradation and mistreatment while incarcerated in a men's facility, should be transferred to the women's facility and, until that

11/7/2019

Case 1:22-cv-11143-AK   Document 1-2   Filed 07/14/22   Page 9 of 44
In First-of-its-kind Ruling, Federal Judge Sides with Transgender Woman Incarcerated in Men's Prison | GLAD

time, receive accommodations to protect her against the mistreatment she faces in the men's facility. Jane Doe transitioned over 4 years ago and is serving a sentence for a non-violent drug offense.

On March 5, Judge Richard G. Stearns issued an order granting in part Jane Doe's motion for preliminary relief. The order instructed the Department of Correction (DOC) to take steps to ensure Ms. Doe's privacy from male inmates and to have female correctional officers perform strip searches.

"This case and the decision clearly articulate the additional trauma transgender prisoners undergo just because of who they are. The bold and sound ruling issued yesterday by Judge Stearns reaffirms the anti-discrimination spirit of the ADA and recognizes the disconnect between Massachusetts policies and practices governing the treatment of transgender people within the prison walls versus outside of them," said **Elizabeth Matos of Prisoners Legal Services.**

A group of disability rights, health and mental health law, and transgender rights organizations submitted a friend-of-the-court brief supporting Ms. Doe's right to bring a claim under the ADA.

In addition to GLAD and PLS, Ms. Doe is represented by Goodwin Procter LLP.

# EXHIBIT D

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | |
|---|---|---|---|
| **Commit Name:** | AFRICA CANDACE-JABRIL | **Commit #:** | W63710 |
| **Grievance #:** | 103431 | **Date Of Grievance:** | 20190208 |
| **Institution:** | MCI NORFOLK | **Housing:** | 6-2 |
| **Appeal Date:** | 20190412 | **Appeal Received Date:** | 20190418 |
| **Current Institution:** | MCI NORFOLK | **Current Housing:** | 6-2 |

**Appeal**

#103431
RE: LICENSING IN COSMETOLOGY HAIR-SALON. [This formal appellate-petition for (Grievance No. 103431) follows (Informal Complaint No. NIC19-1-58) and attempts to prevent any spending of taxpayer's monies and/or department of correction staff manpower for court litigation, due to the executive - gubernatorial nature of the Criminal Justice Reform Law.] The instant intuitional - level appeals seeks the remedy stated in (lines No. 5, 6 and 7) of (Grievance No. 103431), not to exclude remedies comprised in the (Enclosed-Exhibits) whereby language in the General Laws, chapter 127, section 32A, subpoint (ii) specific provide a legal-right to this petitioner/appellant (Ms. Candace-Jabril S. Africa) for : ACCESS TO COMISSARY ITEMS, CLOTHING, PROGRAMMING, EDUCATIONAL MATERIAL...consistent with [Ms. Africa's] identity.

**Remedy Requested**

5.) Central - transportation (PREA ride-alone status) trips to womens' DOC facility where cosmetology hair, face & nails may be done;
6.) Arrange for Womens' cosmetology-instructor to come to Norfolk weekly for cosmetology instructional classes as prerequisite to licensing and/or quarterly for Ms. Africa's hair, face & nails (per modesty)
7.) Allocate the pre-approved BOP/DOC cosmetology-products vendor to sell ms. Africa hair, nail and facial skincare items pending approval of Director of Security and Treatment.
8.) Acknowledge the Governor's (Commonwealth's) new Law for LGBTQI- prisoners, whereas Ms. Africa is in DOC custody (LWOP)

**Staff Recipient**     McCue Michael J   CO I

**Signature**

## DECISION BY SUPERINTENDENT

| | | | | | |
|---|---|---|---|---|---|
| **Appeal Received Date** | 20190418 | **Decision Date** | 20190709 | **Decision** | DENIED |

**Decision By**     Silva Steven A   SUPERINTENDENT

**Reasons**     I concur with the IGC's response.

**Signature** _____     **Date**     JUL - 9 2019

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | AFRICA CANDACE-JABRIL | **Institution** | MCI NORFOLK |
| **Number** | W63710 | **Appeal Received Date** | 20190418 |

**Staff Recipient**     McCue Michael J   CO I

**Superintendent's Signature** _____

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | |
|---|---|---|---|
| **Commit Name:** | AFRICA CANDACE-JABRIL | **Commit #:** | W63710 |
| **Grievance #:** | 103431 | **Date Of Grievance:** | 20190208 |
| **Institution:** | MCI NORFOLK | **Housing:** | 6-2 |
| **Appeal Date:** | 20190412 | **Appeal Received Date:** | 20190418 |
| **Current Institution:** | MCI NORFOLK | **Current Housing:** | 6-2 |

**Appeal**

#103431
RE: LICENSING IN COSMETOLOGY HAIR-SALON. [This formal appellate-petition for (Grievance No. 103431) follows (Informal Complaint No. NIC19-1-58) and attempts to prevent any spending of taxpayer's monies and/or department of correction staff manpower for court litigation, due to the executive - gubernatorial nature of the Criminal Justice Reform Law.] The instant intuitional - level appeals seeks the remedy stated in (lines No. 5, 6 and 7) of (Grievance No. 103431), not to exclude remedies comprised in the (Enclosed-Exhibits) whereby language in the General Laws, chapter 127, section 32A, subpoint (ii) specific provide a legal-right to this petitioner/appellant (Ms. Candace-Jabril S. Africa) for : ACCESS TO COMISSARY ITEMS, CLOTHING, PROGRAMMING, EDUCATIONAL MATERIAL...consistent with [Ms. Africa's] identity.

**Remedy Requested**

5.) Central - transportation (PREA ride-alone status) trips to womens' DOC facility where cosmetology hair, face & nails may be done;
6.) Arrange for Womens' cosmetology-instructor to come to Norfolk weekly for cosmetology instructional classes as prerequisite to licensing and/or quarterly for Ms. Africa's hair, face & nails (per modesty)
7.) Allocate the pre-approved BOP/DOC cosmetology-products vendor to sell ms. Africa hair, nail and facial skincare items pending approval of Director of Security and Treatment.
8.) Acknowledge the Governor's (Commonwealth's) new Law for LGBTQI- prisoners, whereas Ms. Africa is in DOC custody (LWOP)

**Staff Recipient**

McCue Michael J   CO I

**Signature**

---

## DECISION BY SUPERINTENDENT

| | | | |
|---|---|---|---|
| **Appeal Received Date** | 20190418 | **Decision Date** | **Decision** |

**Decision By**

**Reasons**

| **Signature** | | **Date** | |
|---|---|---|---|

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | AFRICA CANDACE-JABRIL | **Institution** | MCI NORFOLK |
| **Number** | W63710 | **Appeal Received Date** | 20190418 |
| **Staff Recipient** | McCue Michael J   CO I | | |

**Superintendent's Signature**



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*Massachusetts Correctional Institution Norfolk*
*2 Clark Street, P.O. Box 43*
*Norfolk, Massachusetts 02056*
*Telephone (508)660-5900*

*www.mass.gov/doc*



**CHARLES D. BAKER**
*Governor*

**KARYN E. POLITO**
*Lieutenant Governor*

**THOMAS A. TURCO, III**
*Secretary*

**CAROL A. MICI**
*Commissioner*

**JOHN A. O'MALLEY**
*Chief of Staff*

**CHRISTOPHER M. FALLON**
**JENNIFER A. GAFFNEY**
**MICHAEL G. GRANT**
**PAUL J. HENDERSON**
**THOMAS J. PRESTON**
*Deputy Commissioner*

**STEVEN SILVA**
*Superintendent*

## APPEAL EXTENSION FORM

Please be advised that in accordance with 103 CMR 491.17 the following grievance appeal has been extended for a like period of thirty business days:

Extension Date: 5/31/2019

Inmate Name: CANDACE-JABRIL AFRICA

Commitment #: W63710

Appeal #: 103431

Extension Period:  30 business days- 7/12/2019

Reason for extension:     Further Review

_____

_____

_____

Superintendent's Signature                    _____




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*Massachusetts Correctional Institution Norfolk*
*2 Clark Street,  P.O. Box 43*
*Norfolk, Massachusetts 02056*
*Telephone (508) 660-5900*

*www.mass.gov/doc*

**CHARLES D. BAKER**
*Governor*

**KARYN E. POLITO**
Lieutenant Governor

**DANIEL BENNETT**
*Secretary*

**THOMAS A. TURCO III**
*Commissioner*

**JOHN A. O'MALLEY**
*Chief of Staff*

**PAUL DIETL**
**BRUCE L. GELB**
**MICHAEL G. GRANT**
**PAUL J. HENDERSON**
**CAROL A. MICI**
*Deputy Commissioners*
**BRAD COWEN**
*Superintendent*

April 4, 2018

Candace Africa, W63710
MCI-Norfolk
P.O. Box
Norfolk, MA  02056

Dear Ms. Africa,

The Religious Services Review Committee has reviewed your Religious Services Request that the following be considered for approval. You are a practicing Baha'I at MCI-Norfolk and are requesting the following:

- Approval to have a designated shower area that has a step out curtain area whereby your practice of religious modesty is not substantially burdened via the expose of your : hair/head, genitalia, breasts and wrist and arms which comprise the very sincerely adhered to edicts of modesty;
- Approval to access the men's barber school area and/or female hair salon location so that you may safely remove your sacred Hijab religious headdress and administer the application of women's haircare products..

The committee denied the request for a designated shower area that has a step out curtain area. You have a designated shower time and if need be, can deviate from the schedule by contacting the unit officer.

In regard to your request to have access to the barber shop with female staff only, the committee is modifying this request. You currently have access to the barber shop where you are already able to apply hair care products. Staff are assigned to this area by facility need and cannot guarantee that a female officer will be present. The committee acknowledges your Baha'I faith and has provided numerous religious accommodations to you, in replying to your prior request, which include permitting you to purchase hijabs and acquire "lady sleeves" insofar as your faith asks adherents to be modest in appearance. However, as noted by the Superintendent, compelling security issues arise in permitting you solo access to the barber school area, including access to tools, such as scissors and razors and caustic haircare products.

Per 103 CMR 471.08 (10) Denied requests shall inform you of your right to appeal.

Sincerely,

Brad Cowen
Superintendent

cc:     Jaileen Hopkins, Director of Program Services
        Tiana Bennett, Deputy Superintendent
        Lisa Curto, Director of Treatment
        File

✳ ✳✳ *TIME SENSITIVE* ✳ ✳✳

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INFORMAL COMPLAINT FORM**

Attachment I
NIC18·2-47

Inmate Name Ms. Africa, C.S.   Commitment # W63710   Incident Date 2/14/18 (Wed)
Institution MCI-Norfolk   Housing Unit Six-Two #303

COPY

| CHECK OFF AREA OF CONCERN (one issue per form allowed) | | | |
|---|---|---|---|
| ___ HOUSING | ___ LAUNDRY | ___ PROGRAMS | ___ MAIL |
| ___ ASSIGNMENT/STATUS | | | |
| ___ CLOTHING/LINEN | ___ RELIGION | ___ PROPERTY | ___ VISITS |
| EXCHANGE | | | |
| ___ LEGAL EXCHANGE | ___ LIBRARY | ___ PHONE | X OTHER |

P.R.E.A./G.I.D.-
SHOWER(S) AND
RELIGIOUS MODESTY
FOR WOMEN

State completely, but briefly, the single issue of concern and your requested resolution

RE: U.S. DEPT. OF JUSTICE'S PREA AUDIT-YEAR COMPLIANCE
AND/OR ASSURANCE TO PROVIDE ALTERNATE SHOWERTIME
FOR WOMEN HOUSED IN MALE-UNITS AT NORFOLK.

a.) PRIOR TO ARRIVAL OF PREA-AUDITOR, MS. AMY FAIRBANKS,
ON AROUND (2/5/18), I (MS. AFRICA) WAS ISSUED A
LETTER AUTHORIZING A SHOWERTIME (IN UNIT #3-2),
&T WAS DATED (1/18/18) AND I NO LONGER RESIDE
IN UNIT #3-2. HOWEVER, MY EXTREME GENDER-DYSPHORIA,
BODY-SHAME, FEARS OF MALE-INTRUSION(S) & RELIGIOUS MORALS
ARE STILL INCREASING CONCERNS.

List any previous steps you have taken to resolve your concern

b.) A POSITIVE-IMPACT NOTIFICATION TO PREVENT FORFEITURE
OF FEDERAL GRANT FUNDING, PURSUANT PREA STATUTE, SENT
TO THE ATTENTION OF THE NAT'L. PREA COMMISSION, AS WELL
AS THE BUREAU OF JUSTICE ASSISTANCE & PREA MGT. OFFICE ADVISOR.
(Use other side of page if more space is needed)
c.) DEPTY. SUPT. FOR PREA ENFORCEMENT SENT A WRITTEN REQUEST.

Inmate Signature: BY: C.S. Hall ak, Afrq.   Date: 2018 0214

*Note: if you follow instructions in preparing your request, it can be addressed more readily. Your complaint
will be reviewed and replied to with in ten (10) business days from the date of receipt.*

---

(DO NOT WRITE BELOW THIS LINE Reserved for Staff Response)

RECEIVED

Received By: N. Becker   Date Received: FEB 21 2018

BY: ___

**DECISION**

Complaint: Has merit___   Has some merit ✓   Has no merit___   N/A ✓

Resolution: Granted___   Partially Granted___   Denied___   Alternate Resolution offered___   N/A ✓

Comments New letter provided to you on 2/21/18
with your shower times within your new
housing unit 6-2.

Decision By ManneCuce   Date 3/1/18

05/21/2014                                                       491-1

CC: FILE

NIC18-8-15

***** TIME-SENSITIVE *****

**Attachment I**

## COMMONWEALTH OF MASSACHUSETTS
### DEPARTMENT OF CORRECTION
### INFORMAL COMPLAINT FORM

Inmate Name Candace S. Africa  Commitment # W63710  Incident Date August 3, 2018
Institution MCI- Norfolk  Housing Unit 6-2, No.303

| CHECK OFF AREA OF CONCERN  (one issue per form allowed) | | | | |
|---|---|---|---|---|
| ___ HOUSING ASSIGNMENT/STATUS | ___ LAUNDRY | ___ PROGRAMS | ___ MAIL | ____ FOOD |
| ___ CLOTHING/LINEN EXCHANGE | ___ RELIGION | ___ PROPERTY | ___ VISITS | TRANSGENDER/G.I.D. |
| ___ LEGAL EXCHANGE | ___ LIBRARY | ___ PHONE | XXX OTHER | HAIRCARE/BARBER SERVICES |

State completely, but briefly, the single issue of concern and your requested resolution

RE: INACCESSIBILITY TO TRANSGENDER-INCLUSIVE HAIRCARE SERVICES
WITHIN STATE CORRECTIONAL-CENTER (@ MCI-NORFOLK)

I am compelled to submit this request for remedy, whereas it has been discussed with several DOC-Administrators and/or staff since the departure of (former) Supt. Sean Medeiros.

The arrangements have not been implemented into on-site facility's policy for GID-Inmates (or Trans-women), who require mentalhealth treatment-plan supported haircare services to minimize suffering,etc.

List any previous steps you have taken to resolve your concern
Written/Verbal Conference(s) with the following:

1.) Bill Murray, Barber Instructor
2.) Tiana Bennet, Depty. Supt.
3.) Brad Cowen, Supt.
4.) Officer Hunter, Voc-Ed
5.) Elizabeth Samson, LMHC, PCC
6.) Donna Jordak, HSA (MPCH?CCS)

(Use other side of page if more space is needed)

**Inmate Signature:** /s/ Candace-Jabril S. Africa  **Date:** 20180803

*Note: if you follow instructions in preparing your request, it can be addressed more readily. Your complaint will be reviewed and replied to with in ten (10) business days from the date of receipt.*

cc:file

(DO NOT WRITE BELOW THIS LINE Reserved for Staff Response)

**RECEIVED AUG 6 2018**

**Received By.:** _____  **Date Received** _____

### DECISION
Complaint: Has merit____  Has some merit____  Has no merit___  N/A ✓
Resolution: Granted___  Partially Granted___  Denied___  Alternate Resolution offered___  N/A ✓

Comments Please see the attached for hair care procedures for GID inmates

Decision By Deputy's Office  Date 8/6/18

05/21/2014

491-1

7.   Any inmate who destroys or tampers with an electric razor will no longer be issued the electric razors. The inmate will be placed on the barber list and will be eligible for a shave twice a month.

I.   Hair Coloring Procedures

All hair coloring shall take place in the Barber School located in the Voc-Ed building.

Hair coloring is intended for maintenance of the inmate's original hair color as identified in IMS. Inmates are not allowed any drastic change of their hair color.

Inmates can order hair coloring products via submission of a canteen order form.

Once the hair coloring products arrive, they shall be delivered to the Deputy Superintendent of Reentry's office for storage.

Hair coloring appointments shall be made via IMS by the School Principal or designee upon the arrival of the hair coloring products. The following steps shall be followed to schedule an appointment in IMS:
- Click Schedule on the menu bar at the top of the screen
- Click Inmate Schedule
- Enter Inmate's Commitment Number, click the Select button
- Click on the Add Activity button
- In the Activity Details Section choose a Start Date, Appointment Date, and End Date
- Choose a Start Time and End Time
- Select Barber Shop as the Activity Type
- Select Voc Ed 112 Barber Shop as the Destination
- Click on the Save button

The Voc-Ed Officer shall print out the scheduled barber shop appointments each day at the beginning of their shift.

The School Principal shall request the hair care products on the day of the inmate's scheduled appointment.

The hair care products shall be kept secured in the

School Principal's office until the time of the scheduled appointment.

One (1) day prior to the scheduled hair care appointment, the School Principal shall notify the: Deputy Superintendent of Reentry, Director of Security, Shift Commander, IPS Commander, and Booking Officer of the inmate's name, commitment number, and time of the scheduled hair appointment. Upon completion of the hair coloring, the School Principal shall notify all of the aforementioned staff members.

Hair coloring products may be utilized on the assigned inmate only and are not to be shared with other inmates. Upon completion of the hair coloring, the Voc-Ed Officer shall secure the hair coloring bottle in a locked cabinet and dispose of the bottle outside of the Institution at the completion of their shift.

Upon completion of the hair coloring, the Voc-Ed Officer shall direct the inmate to report immediately to Booking to update their photo. If the Booking Officer is not available, the inmate shall be restricted to their assigned room until the photograph is updated. The inmate shall be responsible for the cost of a new ID.

## V. <u>Personal Hygiene</u>

A. All new admissions to MCI Norfolk shall be issued articles necessary for the maintenance of proper personal hygiene in accordance with Norfolk's Site Specific Procedure to 103 DOC 401, Booking & Admissions.

B. Once a week (normally Thursday) each unit will be issued an adequate amount of supplies which will include soap and toilet paper. Each inmate will be issued one (1) roll of toilet paper and a bar of soap as needed or upon request. Their Unit Officer may issue inmate's additional soap or toilet paper thereafter upon request.

C. Inmates shall be afforded access to a toilet facility at all times. In instances when a toilet facility is not available, an inmate will be allowed to return to his designated unit between movement times. Once the inmate has returned to the unit, he will not be allowed to depart until the next scheduled movement period.

D. Inmates who have been identified as having Gender Dysphoria (GD) will be afforded the ability to shower

6/8/17                                            750-14

** TIME SENSITIVE **

February 3, 2021

Wellpath Corporate (Regional)
Attn: Lisa Black Sholudko, RN, BSN
G&A Coord./ Cont. Quality Impr.
16 Chestnut Street, Ste. #250
Foxborough, MA   02053

C. Shekinah Africa (her/she/ms.)
Box 43 / Unit 8-1, #211
Westside Housing
Norfolk, MA   02056-0043

RE: RE-AFFIRMATION ABOUT THE PROCESS/STEPS
    FOR WELLPATH-REMEDY, BY TEAM-MEMBER,
    HSA-REQUEST (PER GRIEVANCE-POLICY)

Dear Madam-Coordinator Sholudko:
    I appreciate your recent (1/25/2021) reply, which
was received Friday (1/29/2021). I was compelled to try
my best, with clarifying the precise timeline that I
have used to resolve via on-site Wellpath administra-
tive leadership, to no avail.
    To begin, since I am not a lettered woman and sometimes have
difficulty expressing myself clearly (in writing), there was a
letter related to the Medical/Mentalhealth Wellpath Grievance
(submitted: 6 JAN 2021), which was forwarded by a gentle-
person named Mr. Alphonse Kamanzi (dated: 26 OCT 2020).
This letter was forwarded to Ms. Lori Stanovitch, LMHC, MHA.
    After discourse with Director Stanovitch, while she was
doing "quarantine" Unit 8-1 rounds; and being notified that
I was to see my PCC Elizabeth Samson, LMHC (in a memo
dated: (24 NOV 2020), by MH Team, I submitted sick-slips.
    Next, after being told that Ms. Samson, LMHC, was no longer
my clinician and that the psychotherapy-session planned for
(2 DEC 2020) was not going to take place, I began further
deteriorating; and I submitted additional sick-slips.

Wellpath / L. B. Sheludko, RN, BSN
February 3, 2021
Page Two

Following additional sick-slips, I sent an informal-medical / mentalhealth request for reasonable accomodation to HSA Vanessa L. Rattigan, RN, BSN, which was dated: (12/19/2020). A copy was also sent to D.O.N. Patricia Davenport-Mello. RN ( just in case she was interim H.S.A.), on (12/20/2020).

After 10 business-days (not including holidays), I submitted the Formal Wellpath Medical/Mental-health Grievance, with HSA Vanessa L. Rattigan, RN, BSN, which was dated: (1/6/2021).

Pursuant the Wellpath (revised) April 2020 grievance-timelines for filing & neither Director of Nursing or the Health Services Administrator have responded, in a timely manner, regarding any attempts to Request Reasonable Accomodation and Treatment (as I have asked for).

Please process the (enclosed) Formal-Appeal, wherefore the on-site Wellpath employees are very overburdened and understaffed, especially when my requests have been forwarded. Thanks very much, in advance.

By: _Candace Gabriel Shekinah Africa AuthRep_
C. SHEKINAH AFRICA (HER/SHE/MS.)

cc: file
Enclosures



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*



**CHARLES D. BAKER**
*Governor*

*MCI-Framingham*
*99 Loring Drive, P.O. Box 9007*
*Framingham, Massachusetts 01701*
*(508) 532-5100*
www.mass.gov/doc

**CAROL A. MICI**
*Commissioner*

**KARYN E. POLITO**
*Lieutenant Governor*

**THOMAS A. TURCO,**
**III**
*Secretary*

**PATRICK T. DEPALO, JR.**
**CHRISTOPHER M. FALLON**
**JENNIFER A. GAFFNEY**
**MICHAEL G. GRANT**
**THOMAS J. PRESTON**
*Deputy Commissioners*

**KRISTIE LADOUCEUR**
*Superintendent*



May 28, 2021

**DOC Inter-Office Mail**

Ms. Candace S. Africa W63710
Westside Housing, MCI-Norfolk
P.O. Box 43, Unit 8-1
Norfolk, MA  02056-0043

Dear Ms. Africa,

This is in response to your public records request dated March 18th, 2021, received by this office on March 23rd, 2021 and your correspondence dated May 8th, 2021 with further clarification.

**Request:**  Specifically, I am requesting the public records and/or information pertaining to MA-DOC's: educational programming, licensing pre-requisites, textbooks used, and computer-stored data; number of women-enrolled, number of women who graduated and/or obtained licenses, either in Cosmetology, Hair Salon Management, Business Management, Aesthetician Science/Art and/or toxic-awareness, with acrylic and shellac nail cleaners.  Not excluding the training, education and services for proper medical pedicures/manicures (endorsed by certified Podiatrist or Dermatologist).

This MA-Public Records request also seeks pertinent information where the records custodian's superior knowledge or their/her/his records (that they have access to or control of, within the normal course of duty, as a governmental officer/state-employee); those which focus on: a) Hair Salon, Cosmetology & Aesthetician instructor's qualifications; b) Professional organizations & associations who endorse, recognize and support the Inmate Training & Licensing provided; c) Training, services, equipment, facilities needed for all ethnic/cultural/diverse natural hair textures, natural hair health, not to exclude education and training for ethnic/culturally diverse braiding and services for women wearing (religious hijabs to cover their hair to protect against men outside their family); and d) religious/ethnic/cultural



training and education that relates to bridal hair, modesty, make-up, waxing and/or halal/Kosher nails, which is breathable during spiritual rituals.

**Response:** From January 9, 2019 through May 9, 2021, the dates specified for this request, the Massachusetts Department of Correction (MA DOC) offered a Cosmetology program at MCI-Framingham. Please note that the Cosmetology program was terminated on December 1, 2020. Likewise, during the requested date range, the MA DOC Education Division did not offer programs titled Hair Salon Management, Business Management, Aesthetician Science/Art and or toxic awareness, with acrylic and shellac nail cleaners, and therefore does not possess records with respect to the listed programs.

The Cosmetology program was defined as follows:

> In a class of 12 students, training is given in all aspects of hairstyling, skin care and nail beautification. Combining written and hands on work, 1000-hours are achieved, preparing students to take the Massachusetts State License Examination in Cosmetology.

In accordance with MA DOC policy 103 DOC 441, Inmate Training and Education, "[t]he curriculum for vocational/technological programs shall be chosen and/or developed according to nationally recognized standards, credentials, and licenses." The MA DOC Cosmetology program functioned in compliance with the curriculum requirements outlined in 240 CMR 4.00, Operation of Cosmetology Schools and Post-Secondary Institutions. Placement in a "core" vocational or technological program requires a high school diploma or its equivalent, and additional qualifications, such as literacy skills, reading level, and capacity to follow safety guidelines may have been considered for appropriate placement in this program.

From January 9, 2019 through December 1, 2020, the Cosmetology program used *Milady Standard – Cosmetology, 13th Edition* (January 1, 2015) as the program textbook.

Since January 1, 2019, 28 enrollments were recorded in the Cosmetology program. Ten female inmates completed the 1000 hour Cosmetology program. Of the 10 students who completed the 1000 hour Cosmetology program, 4 students successfully earned their Cosmetology license. In accordance with 103 DOC 441, the qualifications of a Cosmetology instructor, as a "vocational instructor," include "appropriately trained, certified, and/or licensed in a trade or occupational skill" with experience in the field of Cosmetology and certified by the Massachusetts Department of Elementary and Secondary Education or other comparable authority.

During the requested dates, the Cosmetology program was recognized by the Massachusetts Board of Registration of Cosmetology and Barber License as successfully preparing students to take the Massachusetts State License Examination in Cosmetology.

With respect to training, services, equipment and facilities needed for all ethnic/cultural/diverse natural hair textures, natural hair health, or religious/ethnic/cultural training and education that relates to bridal hair, modesty, make-up, waxing and/or halal/Kosher nails, the MA DOC Cosmetology course of study was implemented in accordance with the "Cosmetology Program" curriculum requirements of the Massachusetts Board of Registration of Cosmetology and Barbering Division of Professional Licensure and as outlined in 240 CMR 4.00 and followed the industry-standard framework.

As the request for "computer-stored data" is vague, records cannot be provided without further clarification.

If you wish to challenge any aspect of this response, you may appeal to the Supervisor of Public Records following the procedure set forth in 950 C.M.R. 32.08, a copy of which is available at http://www.mass.gov/courts/case-legal-res/law-lib/laws-by-source/cmr/. You may also file a civil action in accordance with M.G.L. c. 66, § 10A.

Sincerely,

Tracie Mucciarone
Public Records Access Officer
MCI-Framingham

# EXHIBIT F

November 30, 2021

Ms.C. Shekinah Africa
Unit 8-1 / #W=63710
Westside Housing

Mr. Glenn Mattson
Deputy-Superintendent,Security
MCI-Norfolk / 2 Clark Street
Norfolk, MA    02056-0043

EXHIBIT

J

RE:  PSYCHOLOGICAL-EFFECTS OF GENDER & RACIALLY BASED
     EXPERIENCES THAT ARE NEGATIVELY IMPACTING INMATES
     ACCESS TO HOUSING, PROGRAMS, EMPLOYMENT OPPORTUNI-
     TIES DUE TO BEING A "PERSON QUALIFIED W/A DISABILTY

Dear Mister G.Mattson:

    To begin, please, consider the context, which the contents
of this correspondence are being submitted for.  The magnified-
lense of the subject-matter should be discerning a very small
and extreme-minority, of the facility's populace (e.g., Gender
Dysphoric, Gender Non-Conforming/Gender-Variant, Cisgender
Women/Females, Etc.).

    The particularly & allegedly egregious nature that is/has been
detrimental to my psychological wellbeing is referred to, by the
process called: "LACTIFICATION". (A scio-psychiatric symptom that
manifests, when a cultural/racial /dominant class of people and/or
an individual identifies strictly with a genetic-recessive trait
of lacking melanin, Dr. Frantz Fanon,M.D.-psychiatrist).

    Further clarifying, the alleged dominant indivivual's and/or
group's perception of the (mentally harmed/distressed) person, in
this case, namely, Miss Candace-Jabril Shekinah Africa; she is seen
and/or being identified as someone/something that is impure and/or
immoral (allegedly not worthy of her feminine-dignity & modesty).
Particularly, the "extreme minority" mentioned above have caused
Miss Africa to accept this association and to begin to despise her
ownself.

    The alleged other above-mentioned women/females purportedly
are attempting to neurotically avoid Miss Africa, as an Indian
of Afri-Descent & practitioner of religious modesty, that also
has dark melanin-concentrated pigmentation (and is transitioning
from a Black/AfrAm male identity);whereby, the overzealous views
of "avoiding dark-skinned men/males" has become problematically
an on-going security issue that negatively effects the psycholo-
gical well-being of another.  The alleged self-contempt/anxiety
reflects as a genetically-recessive person's feeling of their own
inferiority, but causes someone like Miss Africa to lose their
sense of self-worth thus adding to issues that compound already
existing conditions/comorbidities, as one "QUALIFIED W/A DISABILITY".

By: /s/Candace-Jabril Shekinah Africa;Auth.Rep.

        C. SHEKINAH AFRICA (HER/SHE/MISS)                    File
                                                             Encls.

| Massachusetts Department Of Corrrection **POLICY** | Effective Date 11/19/2020 | Responsible Division Health Services Division |
|---|---|---|
| | Annual Review Date 10/19/2020 | |

| Policy Name 103 DOC 653 IDENTIFICATION, TREATMENT AND CORRECTIONAL MANAGEMENT OF GENDER NON-CONFORMING INMATES | M.G.L. Reference: M.G.L. Chapter 124, §§ 1 (c), (q); Section 91 of Chapter 69 of the Acts of 2018 (a.k.a. Criminal Justice Reform Act) |
|---|---|
| | DOC Policy Reference: 103 DOC 506 |
| | ACA/PREA Standards: PREA: 115.15; 115.42 |

| Attachments Yes ☐   No ☒ | Inmate Library Yes ☒   No ☐ | Applicability:   **Staff** |
|---|---|---|
| Public Access Yes ☒   No ☐ | | Location: DOC Central Policy File/Facility Policy File Health Services Division Policy File/ Inmate Library |

## PURPOSE:

The purpose of this policy is to establish guidelines for the identification, treatment, and institutional management of gender non-conforming inmates.

## RESPONSIBLE STAFF FOR IMPLEMENTATION AND MONITORING OF POLICY:

Assistant Deputy Commissioner of Clinical Services
Director of Behavioral Health
Mental Health Regional Administrators
Superintendents
Program Directors
Staff of the Contractual Medical, Mental Health, Sex Offender Treatment and Program/Substance Abuse Providers

## CANCELLATION:

103 DOC 653 cancels all previous Department policy statements, bulletins, directives, orders, notices, rules or regulations regarding Internal Regulations/Policies which are inconsistent with this policy.

## SEVERABILITY CLAUSE:

If any part of 103 DOC 653 is, for any reason, held to be in excess of the authority of the Commissioner, such decision shall not affect any other part of this policy.



# PRISONERS' LEGAL SERVICES OF MASSACHUSETTS

✉ 50 Federal Street, 4th Floor • Boston, MA 02110    🌐 www.plsma.org

📘 fb.me/prisonerslegalservices    🐦 @PLSMA

☎ Main: 617-482-2773    📠 Fax: 617-451-6383

State prisoner speed dial: 9004 • County prisoner collect calls: 617-482-4124

---

## EXHIBIT F

October 26, 2020.

Mental Health Director
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

**Re: Candace Africa; W63710 – (DOB: 04/20/1967).**

Dear Mental Health Director:

I write on behalf of Ms. Candace Africa, a prisoner at MCI-Norfolk.

Ms. Candace Africa is a transgender person who has been diagnosed with a gender identity disorder in 2003. Since that time she has been recognized and has been working with the Gender Dysphoria Treatment Committee. It was determined that she meets the criteria for gender dysphoria and it is appropriate to initiate feminizing hormonal therapy at this time.

While she has been recognized as a transgender person and should be treated accordingly, Ms. Candace Africa continues to struggle with issues related to her female hair care. She is very frustrated with the inability to have her hair done in the barber shop with a female person with a view to avoiding exposing her hair to a male person. Ms. Candace Africa tells me that she requested to have access to female cosmetology service, but her request was denied. She tells me further that she filed an institutional grievance and requested to be provided cosmetology items that correspond to her gender identity, but her grievance was denied.

Chapter 127 Section 32A of Massachusetts General Laws provides that "A prisoner of a correctional institution, jail or house of correction that has a gender identity, as defined in section 7 of Chapter 4, that differs from the prisoner's sex assigned at birth, with or without a diagnosis of gender dysphoria or any other physical or mental health diagnosis shall be:

(i)    addressed in a manner consistent with the prisoner's gender identity;

(ii)   provided with access to commissary items, clothing, programming, educational materials and personal property that is consistent with the prisoner's gender identity;

(iii)  housed in a correctional facility with inmates with the same gender identity, provided further, that the placement shall be consistent with the prisoner's request,

unless the commissioner, the sheriff or a designee of the commissioner or sheriff certifies in writing that the particular placement would not ensure the prisoner's health or safety or that the placement would present management or security problems".

I respectfully request that you please look into this matter and provide to Ms. Candace Africa adequate mental health care consistent with her gender dysphoria. I request further that you please make sure that Ms. Candace Africa has access to commissary items, clothing, cosmetology, programming, educational materials and personal property that is consistent with her gender identity in accordance with Chapter 127, Section 32A of the Massachusetts General Laws.

In case a special accommodation cannot be provided to Ms. Candace Africa at MCI-Norfolk where she is currently detained, I respectfully request that you please consider making a recommendation for her to be transported to MCI-Framingham where she could receive all the cosmetology services that she needs.

Please find enclosed the medical release signed by Ms. Candace Africa. Thank you very much for your attention to this matter.

Sincerely,

Alphonse Kamanzi
Paralegal

Cc:
Mitzi Peterson, LICSW; Acting Assistant Deputy Commissioner
Clinical Services, DOC Health Services Division
50 Maple Street, 3rd Floor
Milford, MA 01757

James O'Gara Jr., DOC ADA Coordinator for Inmates
DOC Health Services Division
50 Maple Street, 3rd Floor
Milford, MA 01757

Deputy Superintendent/ADA Coordinator
MCI-Norfolk
P.O. 43
Norfolk, MA 02056

Candace Africa; W63710
MCI-Norfolk
P.O. Box 43




## COMMONWEALTH OF MASSACHUSETTS
### DEPARTMENT OF CORRECTION
### GRIEVANCE DEPARTMENT
### MCI-NORFOLK

**TO:**      CANDACE-JABRIL,AFRICA W63710

**FROM:**   Institution Grievance Coordinator

**SUBJECT:**   Improperly Filed Grievance / Grievance Extension

**DATE:**   6/24/2022

Please be advised that the grievance form you submitted, dated XX/XX/XX is being returned for the following reason (s);

☐   Step 1 Informal Complaint Form is required to be filed prior to a formal Grievance, **refer to 103 CMR 491.09 (4)**

☐   Step 1 Informal Complaint Form decision must be attached, **refer to 103 CMR 491.14 (2) (G)**

☐   May not be filed on behalf of a group of inmates, **refer to 103 CMR 491.11 (4)**

☐   May only be filed concerning one subject matter, **refer to 103 CMR 491.11 (5)**

☐   Content of grievance form, **refer to 103 CMR 491.14 (2) (A-G)**

☐   Not considered to be an emergency, **refer to 103 CMR 491.18 (2)**

☒   As of this date I am extending the length of time of your grievance (#116191 ) an additional ten (10) business days until (7/11/2022) for further research the matter.

☐   Other:

For Improperly Filed Grievances: Resubmit within three business days for processing. Note: Per 103 CMR 491-Inmate Grievances, a formal grievance shall be filed within ten (10) business days of the receipt of the step 1 informal complaint decision. For further information regarding inmate grievances, refer to 103 CMR 491-Inmate Grievances.

Please note: Any submission of an informal following an improperly filed grievance should include a copy of this form to assist in the determination of file date

# CANDACE-JABRIL,AFRICA
## W63710
## 8-1

COPY

FORM "A"

No. 103431

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

| INMATE'S NAME:<br>AFRICA, CANDACE-JABRIL S. | INMATE'S #:<br>W-63710 | DATE:<br>February 8, 2019 |
|---|---|---|

| INSTITUTION:<br>MCI-Norfolk | DATE OF INCIDENT:<br>~~XXXXXXXXXX~~, 2019 0107 |
|---|---|

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In **Block B**, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in **Block C**. Be sure to include the identity of staff Members you have contacted.
4. Provide a Requested Remedy in **Block D**.

**A.   When filing an Emergency Grievance check Emergency.**

_____ **EMERGENCY**

**B.   Give a brief understandable summary of your complaint/issue. Additional paper may be used, if Necessary.**
This formal-grievance follows the receipt of Informal-Complaint
No.NIC19-1-58 on2/7/2019 (signed by Dir. of Prgms.,Ms. Curto, Lisa M);
The decision rendered "DENIED" was cited as: "Inmates do not have the
right to specific rehabilitative programs, and the Commissioner, in
her discretion, may establish programs whenever she sees fit."
   The instant petition for remedy is pursuant MGLc.127,S.32A(ii),
which supports a legal-right and/or cause-of-action. ("A prisoner of
a correctional institution...that has a gender identity...with or
without a diagnosis of gender dysphoria...shall be...provided with
access to commissary items, clothing, programming, educational materi-
als ...consistent with the prisoner's identity.")Equal Protection Law.

**C.   List any action taken to address/resolve this matter. Include the identity of staff members you have Contacted.**
1.) Notified Commissioner/DOC Legal (12/29/2018) about new legislation.
2.) Notified Atty. Nancy Ankers-White,Esq. re:Exhaustion of Remedies
3.) Notified Inf.-Compl. Coord. Lori Costa (1/7/2019).
4.) Notified IGC McCue, Michael J. & 5.) Other concerned parties.

**D.   Provide your Requested Remedy.**
5.) Allocate for Ms. Africa, Candace-Jabril to access the cosmetology
and salon services , education & programs pursuant MGLc.127,S.32A(ii).
6.) Allocate for Ms. Africa, Candace-Jabril to access specific ethnic-
hygiene & cosmetic commissary items from an approved DOC/Prison vendor.
7.) Allocate Ms. Africa the legally protected access to Haircare salon-
services, which are PREA Law protected & Hijab-Friendly ,given her
sincere religious practices of Female-Modesty. [See (encl.) Exhibits]

Inmate's Signature _By. C. ij Elthay, Auth.Rp._   Date _2019 0208_

Staff Recipient _____   Date _____

cc:file/Encls.

**\*DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.\***
**(Inmate receipts/responses will be generated via the Inmate Management System.)**

EXHIBIT #58-A

Attachment I

**COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
INFORMAL COMPLAINT FORM**

Inmate Name _Ms. Africa, Candace_ Commitment # _W63710_ Incident Date _Jan. 7, 2019_

Institution _MCI-Norfolk_ Housing Unit _6-2, 303_     NIC19-1-58

---

CHECK OFF AREA OF CONCERN  (one issue per form allowed)        XX (Cosmetology & Salon)

___ HOUSING ASSIGNMENT/STATUS          ___ LAUNDRY          XX PROGRAMS     ___ MAIL     ___ FOOD

___ CLOTHING/LINEN EXCHANGE            ___ RELIGION         ___ PROPERTY    ___ VISITS

___ LEGAL EXCHANGE                     ___ LIBRARY          ___ PHONE       ___ OTHER: _____

---

State completely, but briefly, the single issue of concern and your requested resolution

RE: COMPATIBLE WOMENS COSMETOLOGY EDUCATIONAL SERVICES
& PROGRAMMING CONSISTENT WITH MY FEMININE/FEMALE
IDENTITY PURSUANT NEW LANDMARK LEGISLATION & LAW

I, Ms. Africa, Candace E. #W63710, am a gender-dysphoric women
being housed at MCI-Norfolk. I practice Religious-Modesty, wear
High & Deluxe Womens Sleeves and seek the legally provided faci-
lities have for cosmetology, hair-salon care, nail-care, as well
as facials and assistance with placement in such educational pro-
grams whereby I may obtain valuable skills, license & overall
well-being (e.g., Real Life Exp. @ WPATH-SOCv7) as a transwomen.

List any previous steps you have taken to resolve your concern
1.) Spoke to MCI-Norfolk Executive Administrators.
2.) Informed DOC-Commissioner about new Criminal-Reform LGBTQI-Laws
3.) presented notice to all concerned parties to wards exactly how
implementation of the new laws with assist my gender-dysphoria

(Use other side of page if more space is needed)

**Inmate Signature** _By: C.J.-for ShLLC/-----_     Date _January 7, 2019_

*Note: If you follow instructions in preparing your request, it can be addressed more readily. Your complaint will be reviewed and replied to within ten (10) business days from the date of receipt.*

cc: file/Encls.          DO NOT WRITE BELOW THIS LINE (Reserved for Staff Response)

Received By _____     Date Received _1/22/19_

**DECISION**

Resolution:     Granted___   Partially Granted___   Denied _/_   Alternate Resolution Offered___   N/A___

Comments _Inmates do not have the rights to specific rehabilitative
programs, and the Commissioner, in her discretion, may establish
programs whenever she sees fit._

**Decision By** _Kevin N. Clark_     Date _2/6/19_

*Denied informal complaints may be appealed to the Institution Grievance Coordinator within ten (10) business days.

**An inmate shall not be required to submit a step 1 informal complaint form prior to filing an emergency grievance, allegations
of staff misconduct, or for allegations of sexual assault/abuse.

1

*Attn: Ms. Vanessa Rattigan, RN, HSA*

*Black Sholad Ko's Copy*

**EXHIBIT L**

### Wellpath
### Patient Medical, Dental, and Mental Health Grievance & Appeal Form

| | | Check level: |
|---|---|---|
| Facility: *MCI-Norfolk* | Housing Unit: *8-1* | |
| Patient First Name: *Candace-Jabril* | ID#: *W63710* | Grievance to HSA ☒ |
| Patient Last Name: *AFRICA* | Date of Birth: *19670420* | Appeal to wellpath ☐ |

You are required to bring medical, dental and mental health grievances to the attention of the HSA or designee through one of the following informal means before submitting a formal grievance:
Please indicate:

| | | Yes | No |
|---|---|---|---|
| Have you submitted a sick slip about the issue described? *N/A* | | ☐ | ☐ |
| Have you attended Staff Access: *N/A* | | ☐ | ☐ |
| Have you spoken to the <u>HSA</u> or DON? *Wrote Informal Complaint/Request &* *(12/19/20)* | | ☒ | ☐ |

**Please read the following carefully.**

*Wrote f/u Inf. w/D.O.N. Davenport (12/21/20)*

Step 1: Completed medical, dental and mental health grievance forms may be submitted directly to the Health Services Administrator (HSA), DON, or institution protocol. In special management units, forms may be handed to rounding healthcare staff.

Step 2: You may appeal the grievance decision as follows:

- Utilize the same form to complete an appeal.
- An appeal must be postmarked within 10 business days from the grievance decision receipt.
- The appeal must be filed directly with the Wellpath Appeal Coordinator, by sending it to:

    Wellpath
    16 Chestnut Street
    Suite 250
    Foxborough, MA 02035
    Attn: Appeal Coordinator

The decision of the Wellpath Appeal Coordinator is final.

COPY

**Summary of Complaint(s) (details Must Be Described In This Area, attach additional sheets if necessary)**

MEDICAL ☒      DENTAL ☐      MENTAL HEALTH ☐

*#RE: DENIED ( TRANSSEXUAL) REAL LIFE EXPERIENCE ("RLE") TREATMENT I.A.W. WORLDWIDE STANDARDS OF CARE ("SOC"), 7TH VERSION, WHICH MAKES INACCESSIBLE EDUCATION, SELF-CARE, EQUIPMENT, FACILITIES AND REASONABLE - ACCOMODATIONS NECESSARY; WHEREBY A PATIENT/CLIENT DIAGNOSED WITH GENDER-DYSPHORIA AND GENDER IDENTITY DISORDER MAY NO LONGER BE IMPAIRED AND DISABLED WITH HER DAILY EMOTIONAL, MENTAL AND SOCIAL ACTIVITIES, NOT TO EXCLUDE PROGRAMMING AND EDUCATION AND ETHNIC & CULTURALLY APPROVED COSMETOLOGY & AESTHETICIAN PRODUCTS CONSISTENT WITH HER FEMININE/FEMALE IDENTITY, AND A WOMEN OF SPIRITUAL MODESTY WHO WEARS RELIGIOUS - HIJAB OR KHIMAR, DELUXE SLEEVES, HEADDRESS) AT ALL TIMES. #REMEDY SOUGHT: THE REASONABLE/SPECIAL ACCOMODATE, WHICH MAY INCLUDE BUT NOT BE LIMITED TO (a:) TRANSPORT TO MCI-FRAMINGHAM TO RECEIVE/ACCESS RLE-TREATMENT FOR FEMININE SELF-CARE & SELF-HYGIENE (FOR SKIN, SCALP, HAIR, FACE, NAILS & LICENSE IN COSMETOLOGY & AESTHETICIAN EDUCATION; (b.) TRANSPORT TO WOMENS-ONLY SALON FOR HIJAB-WEARING WOMEN NAMED: SHAMSO HAIR STUDIO FOR WOMEN, BOSTON, MA (PH#617-445-9251) (C.) APPROVE MISC. ITEMS/SVCS.*

| Patient Signature: *By: Candace Jabril S.H.A.K.a+ nulRep.* | Date: *8 JAN 2021* |
|---|---|

**Healthcare Staff ONLY**

| Date Received: | Staff Recipient: | Routed To: |
|---|---|---|
| | | |

*cc: file / Amicus Curiae*

**EXHIBIT**

\* \* \*  *TIME SENSITIVE*  \* \* \*

Massachusetts Department of Correction
Health Services
SICK CALL REQUEST FORM

Name: _Ms. Africa, C. Shekinah_   ID#: _W63710_   Unit #: _8-1, #211_
Date of Birth: _____   Date _12-28-20_   Check ONLY One Box: ☐ Medical
                                                                    ☐ Dental
Do you require an interpreter: ☐ YES  ☐ NO                          ☐ Mental Health

Nature of problem or request: _CLINICAL - ABANDONMENT_
_Since (12/2/2020), I have been w/o a Personal Care Clinician,_
_Psychotherapy and am experiencing increasing trauma with (unresolved) issues_
I consent to be treated by the healthcare staff for the condition described above.  _for (SOC÷7) Treatments & referral._
Inmate Signature: _By: Conf. / Edk/Ch. of surd. Rp._   Date: _2020/12 28_
\*\*\*\*\*\*\*\*\* DO NOT WRITE BELOW THIS AREA – PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA \*\*\*\*\*\*\*\*\*

| Date/Time Received | Referred to: ☐ Nurse      ☐ Provider |
|---|---|
| | ☐ Mental Health  ☐ Dental  ☐ Other |
| | Institution: _MCI-Norfolk_   Slip Sorted By: _____ |
| | ☐ Emergency  ☐ Urgent  ☐ Routine  ☐ Administrative |

Subjective:

Objective: T _____ P _____ R _____ B/P _____ W/T _____

Assessment:

Plan:

\* Addressed on 12/31/2020.  See D+P.  _[signature]_

Education:

Signature & Title: _____  Date: _____  Time: _____

6022 Rev. 8/13

\*\*\* TIME SENSITIVE \*\*\*          December 19, 2020

Vanessa Rattigan, HSA, RN

Wellpath (MCI-Norfolk)                    c. Shekinah Africa (her/she/ms.)

2 Clark St. - OPD Bldg.                   # W63710 / Unit 8-2, Cell # 111

Norfolk, MA 02456-0043                    Westside Housing


RE: INFORMAL MEDICAL/MENTAL HEALTH REQUEST
     FOR A REASONABLE-ACCOMODATION, PER
     (103 DOC 207) MA-DOC POL

EXHIBIT J

Dear Ms. Rattigan:

   I am (true) transsexual woman, who has been diagnosed with gender identity disorder/gender dysphoria; and have been living at MCI-Norfolk, since around January 2016.

   Currently, I am without a Personal Care Clinician or any therapeutic-support, from the Gender Supervision Committee; however, please receive this **Informal Request and/or Medical Complaint**, regarding treatment that I am not being allowed access to receive. This request/complaint is initiated, in this manner pursuant (103 DOC 207.4(1))- Request For A Reasonable Accomodation.

   Recognizing that the Professional Healthcare Standards adopted by mental health-experts are those produced within **W.P.A.T.H. (i.e., SOC v.7)**; the essence of the triadic-care my treatment comprises is what's known as "RLE" (or the Real Life Experience). This along with "HRT" (or Hormonal Replacement Therapy) combine to effectuate the minority woman's ethnic and culturally feminine expression of her gender-identity.

December 19, 2020

V. Rattigan/ Inf. Compl. & Req. for Accom.

Page Two

Given such importance for some transsexual - women,
such as myself, we should be able to concur that, the
the forms of patient/client distress that increases their
anxiety, in any culture are only understood and
classified, by people in terms that are products of
their own cultures. (See: WPATH - Standards of Care,
p. 32, §2, para 2). Also, I wear religious-Hijab/Headwrap.

Therefore, there is a vital importance of transsexual
feminine self-care and self-preservation that is in-
herent within Mental health & Medical treatment, not
to exclude the transsexual's real-life experiences.
The mature, well-kept, maintained and beautiful woman
is impeccable with her female-hygiene and the
attentiveness, of her scalp, face, skin, nailbeds, nails,
cuticles, body (in it's entirety), as well as her hair.

Thus, education, training, licensing and/or at least the
access to RLE- Treatment should be accessible; for not
to have is quite disabling and effectively is an impairment
to a woman's daily emotional, mental & social activities.
This request/complaint seeks the education, equipment
and facilities necessary to perform self-care, self-
preservation & self-hygiene, within a reasonably private
(gender-appropriate) environment.
[Refer: 103 DOC 207.03(2)(b) - Access To Programs]

In summary, it should be set forth that, as the chief
Medical staffperson (on-site), you may endorse the prescrip-
tion of such accomodations for my gender-dysphoria treatment.

December 19, 2020
V. Rattigan / Inf. Compl. & Req. for Accom.
Page Three

however, the particulars might require modification, where there are safety & security concerns. The policy on special accomodations can assist to clarify. [Refer: 103 DOC 207. 04 (2)]

Furthermore, this request and/or formal (medical) complaint's sincere intent is to address my issues, as an extremely gender-dysphorically diagnosed (Wellpath) Patient / Client / Inmate ; whereby treatment, programs, education and services may fall under the Americans With Disabilities Act ("ADA") or other provisions of state and federal laws. [References: (103 DOC 207); (MGLc. 124, 31 (c) & (g)]; (MGLc. 22, § 13A) ; (MGLc. 127, § 32A (i) & (ii) & (42 USC 12133].

Thanks much, in advance, for your time and prompt attention to this important matter of reasonable-accomodations. Please, reply within 7-10 Business Days.

Respectfully Submitted,

X _____

MS. C. SHEKINAH AFRICA
(# W63710)

cc: file
Lori Stanovitch, LMHC, MHA (Wellpath)
Stephen Descateaux, M.D. (Wellpath)
Elizabeth Samson, LMHC, ex-ICC (Wellpath)
Sherry Elliot, Dpty. Supt. (DOC ADA Coord.)

**wellpath**
# Patient Medical, Dental, and Mental Health Grievance & Appeal Form

| Facility: MCI·Norfolk | Housing Unit: 8-1 | Check level: |
|---|---|---|
| Patient First Name: Candace-Jabril ID#: W63710 | | Grievance to HSA ☐ |
| Patient Last Name: AFRICA | Date of Birth: 19670420 | Appeal to wellpath ☒ |

**Check all that applies:**
Have you submitted a sick slip about the issue described? — Yes ☒ No ☐
Have you attended Staff Access: N/A — Yes ☐ No ☒
Have you spoken to the HSA or DON? (in writing) — Yes ☒ No ☐

**Please read the following carefully:**

Step 1: Completed medical and mental health grievance forms may be submitted directly to the Health Services Administrator (HSA), DON, or institution protocol. In special management units, forms may be handed to rounding healthcare staff.

Step 2: You may appeal the decision of the HSA or designee.
- An appeal must be filed within 10 working days from the receipt of the HSA or designee's decision.
- You may file the appeal directly to the wellpath Grievance and Appeal Coordinator, by sending it to:
  wellpath Grievance and Appeal Coordinator
  C/O wellpath
  16 Chestnut Street
  Suite 250
  Foxborough, MA 02035

COPY

The decision of the wellpath Grievance and Appeal Coordinator is final.

**Summary of Complaint (Details Must Be Described In This Area - attach additional sheets if necessary):**
MEDICAL ☒   DENTAL ☐   MENTAL HEALTH ☐   OTHER ☐

[This Wellpath-Appeal follows initial (informal-request) dated (12/19/20) entitled: "INFORMAL MEDICAL/MENTAL HEALTH REQUEST FOR A REASONABLE ACCOMODATION, PER (103 DOC 207) MA-DOC POLICY". And this appeal incorporates the issues from the Informal & Formal Wellpath Grievances, as if fully re-stated herein and attached ]. RE: Denied (Transsexual) WPATH-SOC v7 Treatment is distressing me, increasing my anxiety & impairing my daily activities with programming/ education, ethnic & cultural cosmetology and aesthetician products & services etc., etc.

**Remedy Requested (Must Be Detailed In This Area - attach additional sheets if necessary):**
[ This Wellpath-Appeal follows initial (informal-request) dated (12/19/20). And this appeal-remedy sought incorporates the remedies, treatments, products & services, as well as programming and culturally-sensitive cosmetology, aesthetician products & education, in terms that are understood and classified, by a woman of my ethnic-heritage & cultural origins, as if re-stated herein and attached ]. Further references/exhibits upon request.

**Patient Signature:** By: Candace-Jabril Shekinah Africa, Auth. Rep. | **Date:** 20210205

**Healthcare Staff ONLY:**

| Date Received: FEB 1 1 2021 | Staff Recipient: Lisa Black Sholudko RN | Routed To: |
|---|---|---|

cc: file /Enclosures
S. Nowab, Esq.
Double-sided Form

Revised 12/2018

- The Patient Medical, Dental and Mental Health Grievance and Appeal Form must be used. All grievances must be legible and filled out in its' entirety. Grievances shall be submitted by the individual patient expressing a complaint or an issue. The grievance and appeals process is not to be used for obtaining routine medical, dental, mental health, or emergency care.

- A formal grievance must be filled out: within 10 business days of the incident/situation, within 10 business days of the patient becoming aware of the incident/situation, or within 10 business days or when the patient receives a response to an informal complaint.

- Whenever a grievance is returned, the patient shall have an additional 3 business days from the date of receipt to resubmit the grievance with the additional information requested. If the grievance is not resubmitted, it shall be interpreted that the grievance has been withdrawn.

- A response to all formal grievances shall be made within 10 business days of receiving the grievance. Additional time may be needed in order to generate a more complete response. The patient shall receive notification when this occurs.

## Appeal Directions

- An appeal must be postmarked within 10 business days of receipt of the grievance decision. The appeal must be submitted to the Wellpath address listed above.

- Should the appeal be returned for improper format, the patient shall have 3 business days from the date of receipt to resubmit the appeal with the additional information requested. If the appeal is not resubmitted, it shall be interpreted as withdrawn.

- The patient shall receive a response within 30 business days, should additional time be needed, the patient shall receive written notification. The appeal decision is final.

- The patient will receive a response within 30 business days, should additional time be needed, the patient will receive written notification. The appeal decision is final.

## Abuse of Grievance and Appeals Process

Wellpath recognizes the right of a patient to disagree or question the healthcare system however, abuse of the process will result in may result in disciplinary action to include:

1. A patient who files five or more grievances in a week or twenty or more grievances in any 180 consecutive day period may be determined to be abusing the grievance procedure.
2. A patient who continues to file grievances after an issue has been resolved through all levels of the grievance and appeals process may be determined to be abusing the grievance procedure.
3. A patient who is found to be intentionally disregarding the proper grievance and appeal procedure, which results in the disruption of normal business, may be determined to be abusing the grievance procedure.

Upon determination of abuse, limitations on the patient's ability to file grievances may be imposed as follows:

1. Suspension of the patient's ability to file grievances for a length of time commensurate with the degree of abuse.
2. Length of suspension may be up to six months and may be increased for second and subsequent offenses in increments not to exceed six months.
3. Patients who are found to abuse the grievance process shall be provided with a Suspension of Grievances Letter.

## Limitations Regarding the Following Requests/Remedies include:

Any type of compensation
Change of medical, dental, or mental health staff
Involvement in the disciplinary process concerning staff or patient
Access to or copies of Wellpath policies and procedures
Complaints not related to medical, dental, or mental health services
Any DOC related issues
Reversing court orders

February 17, 2021                    * * * TIME SENSITIVE * * *

WELLPATH REGIONAL OFFICE          C. Shekinah Africa (her/she/Ms.)
Lisa Black-Sholudko, RN, BSN       Box #431  W-63710
Gr. Appl. Coord./ Quality Imp.     Norfolk, MA  02056-0043
16 Chestnut St, ste. #250
Foxborough, MA   02035

       RE: SUPPLEMENTAL - ADDENDUM FOR APPEAL
            FILED (2/5/2021) AT MCI-NORFOLK

Dear Madam - Coordinator Black-Sholudko:
   Please, find enclosed "Exhibit J", which was the
document forwarded to Wellpath Administrator, Ms.
Patricia Davenport-Mello, as well as to the original
addressee, Ms. Vanessa Rattigan; not to exclude
mentioning it to Mental Health Director, Ms. Lori
Stanovitch.
   This is the Informal Medical/Mental Health
Request For Reasonable - Accomodation that have
prompted the Formal Grievance & Appeal. Thanks
again, for your Invaluable assistance.
   Be well.
   Sincerely,

    C. SHEKINAH AFRICA (HER/SHE/MS.)

cc: file
   Enclosures

February 26, 2021      *** TIME SENSITIVE ***

Wellpath Corporate Office
Lisa Black-S_oludko, RN, BSN
Gr. & Appeal Coord./Cont.Qual.Impr.
16 Chestnut St., Ste.# 250
Foxborough, MA      02035

C. Shekinah Africa (her/she)
Box #43 / W637-10
Norfolk, MA  02056-0043

RE: STATE & FEDERAL STATUTES, ALONG
     WITH DOC & WELLPATH CORP. POLICY
     WHERE REASONABLE ACCOMODATION'S CONCERNED

Dear Madam-Coordinator Sholudko:
    I appreciate your recent (2/22/2021) reply;
howbeit, you still seem to be unaware of exactly what
the on-site administrator has neglected to do, where
my (12/19/2021) Informal Request/Complaint, for
a reasonable accomodation is concerned. The HSA
(Ms.Vanessa Rattigan) neither timely responded to
the Informal nor Formal Grievance within the
10 working days, per Wellpath "Grievance Directions".
In addition, Ms. Rattigan was remiss, with (both)
generating notification for additional time, as well
as, setting an appointment for an office-visit.

    Notwithstanding, as a contracted-vendor who
provides services to a state-agency, Wellpath
Corporate is also bound, by the statutes that
govern policy which pertains to Americans with
Disabilities and Institutional Health Services.

Wellpath / L.B. Sholudko, RN, BSN
February 26, 2021
Page Three

---

Within your (2/22/2021) "Appeal Return," it appears that neither the on-site Directors, Administrators nor Primary Care Providers provided you with accurately recorded facts (e.g., Sick-slips, inmate-letters, progress notes, etc.). For your perusal, I have enclosed these labelled-exhibits. Please, forgive the time required to make the Public Records Law request, pursuant **MGLc.66, §10.**

In order to process the (enclosed) **Wellpath Grievance Appeal**, you must carefully consider the fact(s) that I have forwarded and awaited a timely-response, at each level IAW (Revised) 12/2018 Wellpath Grievance Directions, which you enclosed (for my convenience), with your (1/25/2021) letter. Therefore, I am requesting you to duly research and generate a response to this Grievance-Appeal, **although it has no specified Number [ due to the remiss of on-site employees and service-providers that failed to process it. ]**
Refer to: <u>Inmate Statement of Fact (Verified)</u>:

Whereas, I am a transsexual woman-of-colour, who is impaired, with her ability to daily access her educational programs, equipment & facilities for self-care in a reasonable private environment; and my inability to conceive and bare children, as these things are consistent with my gender-identity. Please, process this Appeal, within **30** working days. Thanks.
By: *Candace Gabriel Shekinah Africa, Auth. Rep.*
C. SHEKINAH AFRICA (her/she/Ms.)

---

cc: file
Enclosures
NCCHC
DOJ-AUSA (Disability Rights Sec.)